ADAM PAUL LAXALT
  Attorney General
JOSHUA M. HALEN, Bar No. 13885
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1209
E-mail: jhalen@ag.nv.gov

*Attorneys for Defendants*
*Richard Mediano and Anthony Warren*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TROY RAY EMANUEL, JR.,

　　　　　　Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

　　　　　　Defendants.

Case No. 3:17-cv-00335-MMD-CBC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

　　　　Plaintiff Troy Ray Emanuel, Jr., appearing pro se, and Defendants Richard Mediano and Anthony Warren, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney General, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs. | |

DATED this 14 day of September, 2018.	DATED this ___ day of September, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____	By: _____
TROY RAY EMANUEL	JOSHUA M. HALEN
*Plaintiff, Pro Se*	Deputy Attorney General
	State of Nevada
	Bureau of Litigation
	Public Safety Division

*Attorneys for Defendants*

**IT IS SO ORDERED**

_____
**U.S. DISTRICT JUDGE**

**DATED:** September 18, 2018

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 18th day of September, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Troy Ray Emanuel, Jr., #1110489
Ely State Prison
P.O. Box 1989
Ely, NV 89301

/s/ Lauri Penny
An employee of the Office
of the Attorney General